UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA M. SCHALDACH, fka LINDA M. LOWRY,<br><br>           Plaintiff,<br><br>      v.<br><br>DIGNITY HEALTH, fka CATHOLIC HEALTHCARE WEST, et al.,<br><br>           Defendants. | No. 2:12-cv-02492-MCE-KJN<br><br>**MEMORANDUM AND ORDER** |

This matter came before the Court for consideration of Plaintiff LINDA M. SCHALDACH's Application for Relief form the District Court's Electronic Filing Requirements, set forth in Local Rule 133(a).

It appears to this Court that Plaintiff's counsel has demonstrated good cause for relief from Local Rule 133(a) and that Defendants' counsel has no objection to the relief requested in the application, and now therefore, pursuant to local rule 133(d),

*///*

*///*

*///*

*///*

*///*

1

1  **IT IS HEREBY ORDERED** that Plaintiff Linda M. Schaldach's counsel is granted
2  a waiver of the electronic filing requirement of Local Rule 133(a) for this case only, and
3  Plaintiff's counsel shall be permitted to file his pleadings in this matter as paper
4  documents.

5  IT IS SO ORDERED.

7  Dated: November 21, 2012

8  _____
   MORRISON C. ENGLAND, JR
9  UNITED STATES DISTRICT JUDGE